UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLIDEDOWAN, LLC D/B/A ALL-AMERICAN HOMECARE AGENCY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF HEALTH and JAMES V. MCDONALD, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF HEALTH, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No. 24-6731 |

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 65(a), and based on the Declaration of Marco C. Altieri dated December 17, 2024, with an exhibit thereto, the pleadings provided herewith, and the accompanying Memorandum of Law, Plaintiff Glidedowan, LLC d/b/a All-American Homecare Agency, Inc. moves for an order granting a preliminary injunction prohibiting Defendants New York State Department of Health and James V. McDonald, in his official capacity as Commissioner of the New York State Department of Health, from nullifying, terminating, modifying, or interfering with Plaintiff's contracts to provide fiscal intermediary services in New York State or Plaintiff's relationships with recipients of services under the New York State Consumer Directed Personal Assistance Program, at a time and date to be set by the Court pursuant to Plaintiff's accompanying Motion for Expedited Hearing, at the United States District Court for the Western District of New York, 100 State Street, Rochester, New York 14614.

Dated: December 17, 2024                          **BOND, SCHOENECK & KING, PLLC**

*Edward Hourihan*
_____
Edward P. Hourihan, Jr., Esq.
Roger A. Bearden, Esq.
Jeremy M. Sher, Esq.
*Attorneys for Plaintiff*
350 Linden Oaks, Third Floor
Rochester, New York  14625
(585) 362-4700
hourihe@bsk.com
rbearden@bsk.com
jsher@bsk.com