UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLIDEDOWAN, LLC D/B/A ALL-AMERICAN HOMECARE AGENCY, INC., <br><br>                        Plaintiff, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF HEALTH and JAMES V. MCDONALD, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF HEALTH, <br><br>                        Defendants. | **PLAINTIFF'S LIST OF ANTICIPATED WITNESSES AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING** <br><br> Case No. 24-6731 |

Plaintiff Glidedowan, LLC d/b/a All-American Homecare Agency, Inc. submits the following list of anticipated witnesses and exhibits to be presented at a preliminary injunction hearing pursuant to Local Civil Rule 65(a)(4).

Plaintiff will call Chief Executive Officer Marco C. Altieri. Mr. Altieri will testify to the purpose and nature of the New York State Consumer Directed Personal Assistance Program ("CDPAP"), Plaintiff's services, business, and history as a Fiscal Intermediary ("FI") for CDPAP, the publicly-known factors leading to the State's adoption of amendments to New York Social Services Law § 365-f and related grant of a monopoly on FI services in New York to a single entity, Public Partnerships, LLC ("PPL"), and the devastating harm Plaintiff will suffer if the Court does not issue a preliminary injunction in advance of April 1, 2025, when Defendants will bar Plaintiff (and all other New York FIs other than PPL) from providing FI services in New York State.

Plaintiff reserves the right to use the documents described in the Complaint and papers supporting its motion for a preliminary injunction as exhibits at a hearing and designate additional witnesses or exhibits in response to any opposition papers.

Dated: December 17, 2024 **BOND, SCHOENECK & KING, PLLC**

*Edward Hourihan*
Edward P. Hourihan, Jr., Esq.
Roger A. Bearden, Esq.
Jeremy M. Sher, Esq.
*Attorneys for Plaintiff*
350 Linden Oaks, Third Floor
Rochester, New York  14625
(585) 362-4700
hourihe@bsk.com
rbearden@bsk.com
jsher@bsk.com