UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLIDEDOWAN, LLC D/B/A ALL-AMERICAN HOMECARE AGENCY, INC., <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK STATE DEPARTMENT OF HEALTH and JAMES V. MCDONALD, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF THE NEW YORK STATE DEPARTMENT OF HEALTH, <br><br> Defendants. | **(PROPOSED) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No. 24-6731 |

The Court having heard this matter on _____, and having considered the parties' evidentiary submissions and arguments, it is hereby

**ORDERED** that Plaintiff Glidedowan, LLC d/b/a All-American Homecare Agency, Inc.'s Motion for Preliminary Injunction is **GRANTED**, it is further

**ORDERED** that Defendants New York State Department of Health and James V. McDonald, in his official capacity as Commissioner of the New York State Department of Health, are enjoined from nullifying, terminating, modifying, or interfering with Plaintiff's contracts to provide fiscal intermediary services in New York State or Plaintiff's relationships with recipients of services under the New York State Consumer Directed Personal Assistance Program; and it is further

**ORDERED** that the bond requirement is waived.

**SO ORDERED.**

Dated: _____   _____
        Rochester, New York                                    United States District Judge